IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 3

IN RE: American Home Mortgage Investment Corp et al.

| | | |
|---|---|---|
| American Home Mortgage Investment Corp., | ) ) ) | |
| Appellant | ) | Civil Action No.   08-484 |
| v. | ) ) | |
| Lehman Brothers Inc. and Lehman Commercial Paper Inc., | ) ) ) | |
| Appellees | ) | Bankruptcy Case No.  07-11047 ADV   07-51739 AP 08-47 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 5/23/08 and 6/30/08 was docketed in the District Court on 8/5/08:

>Order Dismissing in Part with Prejudice and In Part Without Prejudice the Complaint Against Lehman Brothers and Lehman Commercial Paper Inc.

>Order Granting Motion to Alter and Amend Order Dismissing Complaint May 23 Order

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

>Peter T. Dalleo
>Clerk of Court

Date: 8/5/08
To:    U.S. Bankruptcy Court
          Counsel