IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |
| AMERICAN HOME MORTGAGE INVESTMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS INC. and LEHMAN COMMERCIAL PAPER INC.,<br><br>Defendants. | Adv. Proc. No. 07-51739 (CSS) |
| AMERICAN HOME MORTGAGE INVESTMENT CORP.,<br><br>Appellant,<br><br>v.<br><br>LEHMAN BROTHERS INC. and LEHMAN COMMERCIAL PAPER INC.,<br><br>Appellees. | Civil Action No. 08-484-UNA |

**DESIGNATION BY APPELLEES LEHMAN BROTHERS INC. AND
LEHMAN COMMERCIAL PAPER INC., PURSUANT TO FED. R. BANKR. P. 8006, OF
<u>ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL</u>**

Appellees, Lehman Brothers Inc. and Lehman Commercial Paper Inc. (together, "<u>Lehman</u>"), by their undersigned counsel, hereby submit, pursuant to Bankruptcy Rule 8006, this designation of additional items to be included in the record on appeal in response to the Designation of Record and Statement of Issues on Appeal (the "<u>AHMIC Designation</u>") filed by

American Home Mortgage Investment Corporation ("AHMIC") and transferred to this Court on August 5, 2008 [Docket No. 2].

| Date | Adversary Docket No.[1] | Record Items |
|---|---|---|
| 08/01/2008 | 46 | Lehman's Opposition to Motion of AHMIC for Certification of Direct Appeal to United States Court of Appeals for the Third Circuit Pursuant to 11 U.S.C. § 105(a), 28 U.S.C. § 158(d)(2) and Fed. R. Bankr. P. 8001(f) |
| 08/01/2008 | 47 | Compendium of Unreported Cases Cited in Lehman's Opposition to Motion of AHMIC for Certification of Direct Appeal to United States Court of Appeals for the Third Circuit Pursuant to 11 U.S.C. § 105(a), 28 U.S.C. § 158(d)(2) and Fed. R. Bankr. P. 8001(f) |
| 08/06/2008 | 50 | Order Denying as Moot Motion of AHMIC for Certification of Direct Appeal to United States Court of Appeals for the Third Circuit Pursuant to 11 U.S.C. § 105(a), 28 U.S.C. § 158(d)(2) and Fed. R. Bankr. P. 8001(f) |

---

[1] United States Bankruptcy Court for the District of Delaware, Adversary Proceeding No. 07-51739 (CSS).

00234439;v1

2

Dated: Wilmington, Delaware
      August 8, 2008

**ASHBY & GEDDES, P.A.**

*/s/ Amanda M. Winfree*
William P. Bowden (I.D. #2553)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

**LATHAM & WATKINS LLP**
Robert J. Rosenberg
Noreen A. Kelly-Najah
George Royle
Michael J. Riela
Jason Sanjana
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Attorneys for Defendants Lehman Brothers Inc.
and Lehman Commercial Paper Inc.